# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:19-CR-559-2 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA E. LIOI |
| | ) | |
| v. | ) | **UNOPPOSED MOTION TO** |
| | ) | **CONTINUE SENTENCING OF** |
| DEEPAK RAHEJA, *et al.*, | ) | **DEFENDANT GREGORY** |
| | ) | **HAYSLETTE** |
| | ) | |
| Defendants. | ) | |

Now comes Defendant Gregory Hayslette ("Mr. Hayslette"), by and through the undersigned counsel hereby respectfully move this Court for an order continuing Mr. Hayslette's sentencing hearing, currently scheduled for April 11, 2023 at 10:00 a.m.

Subject to the availability of the Court, the parties request that the Court reschedule Mr. Hayslette's sentencing hearing to April 25, 2023 at 10 a.m. Alternatively, the parties are also available April 24 and 26, 2023.

This requested continuance is necessary to permit Mr. Hayslette and his counsel additional time to meet and confer regarding Mr. Hayslette's sentencing strategy.

Respectfully submitted,

/s/ *Marisa T. Darden*
Marisa T. Darden (0098583)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304
marisa.darden@squirepb.com
Telephone: 216.479.8500
Fax: 216.479.8420
*Attorney for Defendant, Gregory Hayslette*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 4, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Marisa T. Darden*
Marisa T. Darden (0098583)

*Attorney for Defendant, Gregory Hayslette*