THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-CR-559-2 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| GREGORY HAYSLETTE, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is defendant Gregory Hayslette's motion for leave to file his sentencing memorandum under seal (Doc. No. 356). The motion is granted in part and denied in part. Mr. Hayslette may file the portion of the sentencing memorandum that contains sensitive personal information about himself and his family under seal.

**IT IS SO ORDERED**.

Dated: April 17, 2023

_____
**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**

1